IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sara C. Dillon, | ) | Case No. 21-70300 JAD |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 25 |
| | ) | |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | January 27, 2021 at 2022 at 11:30 A.M. |
| | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED DECEMBER 9, 2021</u>**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) <u>December 9, 2021</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

                                                      Respectfully submitted,

<u>December 9, 2021</u>                                  <u>/s/ Kenneth Steidl          </u>
DATE                                                      Kenneth Steidl, Esquire
                                                       Attorney for the Debtor(s)
                                                       STEIDL & STEINBERG
                                                       Suite 2830 – Gulf Tower
                                                       707 Grant Street
                                                       Pittsburgh, PA  15219
                                                       (412) 391-8000
                                                       ken.steidl@steidl-steinberg.com
                                                       PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 21-70300-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Dec  9 16:08:53 EST 2021 | Affirm, Inc.<br>c/o Cross River Bank<br>885 Teaneck Rd.<br>Teaneck, NJ 07666-4546 | Avant/WebBank<br>222 North Lasalle Street<br>Suite 1600<br>Chicago, IL 60601-1112 |
| Celtic Bank & Continental Finance<br>c/o Reflex<br>Po Box 6812<br>Carol Stream, IL 60197-6812 | Comenity Bank/Buckle<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121-0751 | (p)CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 | Credit Control Collect<br>2410 Broad Ave<br>Altoona, PA 16601-1940 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Sara C. Dillon<br>681 North Ridge Road<br>Shelocta, PA 15774-7320 | Empower Three Center for Health<br>2525 9th Ave.<br>Suite 2B<br>Altoona, PA 16602-2014 |
| FEB Destiny<br>c/o Genesis Card Services<br>Po Box 23030<br>Columbus, GA 31902-3030 | Fedloan<br>Attn: Bankruptcy<br>Po Box 69184<br>Harrisburg, PA 17106-9184 | Finance System, Inc.<br>Attn: Bankruptcy<br>5703 National Road East<br>Richmond, IN 47374-2619 |
| Genesis Credit/Celtic Bank/Indigo<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Genesis FS Card Services/Milestone<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Indiana Regional Imaging<br>c/o Finance System of Rich<br>5703 National Road East<br>Richmond, IN 47374-2619 |
| Indiana Regional Medical Center<br>Hospital Road<br>Indiana, PA 15701 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Mariner Finance, LLC<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Mariner Finance, LLC<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Midland Credit Management<br>Po Box 301030<br>Los Angeles, CA 90030-1030 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of Attorney General<br>Collections Department<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120-0001 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |

```
PRA Receivables Management, LLC          Pennsylvania Department of Revenue     Pennsylvania Dept. of Revenue
PO Box 41021                              Bankruptcy Division                    Department 280946
Norfolk, VA 23541-1021                    P.O. Box 280946                        P.O. Box 280946
                                          Harrisburg, PA 17128-0946              ATTN: BANKRUPTCY DIVISION
                                                                                 Harrisburg, PA 17128-0946


 (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC as agent for        Quantum3 Group LLC as agent for
PO BOX 41067                              Comenity Bank                          Genesis FS Card Services Inc
NORFOLK VA 23541-1067                     PO Box 788                             PO Box 788
                                          Kirkland, WA  98083-0788               Kirkland, WA  98083-0788


Rocket Mortgage, LLC fka Quicken Loans, LLC    Slippery Rock University          Kenneth Steidl
635 Woodward Avenue                       1 Morrow Way                           Steidl & Steinberg
Detroit MI 48226-3408                     Attn: Billing/Collections              Suite 2830 Gulf Tower
                                          Slippery Rock, PA 16057-1399           707 Grant Street
                                                                                 Pittsburgh, PA 15219-1908


Synchrony Bank                            Synchrony Bank/Dick's                  Synchrony Bank/JCPenney
c/o of PRA Receivables Management, LLC    Attn:  Bankruptcy Dept                 Attn: Bankruptcy
PO Box 41021                              Po Box 965060                          Po Box 965064
Norfolk, VA 23541-1021                    Orlando, FL 32896-5060                 Orlando, FL 32896-5064


Synchrony Bank/Lowes                      Synchrony/PayPal Credit                Target
Attn:  Bankruptcy                         Attn: Bankruptcy                       c/o Financial & Retail Services
Po Box 965060                             Po Box 965060                          Mailstop BT PO Box 9475
Orlando, FL 32896-5060                    Orlando, FL 32896-5060                 Minneapolis, MN 55440-9475


U.S. Department of Education              UPMC Physician Services                UpStart Network Inc.
c/o FedLoan Servicing                     PO Box 1123                            Po Box 399372
P.O. Box 69184                            Minneapolis, MN 55440-1123             San Francisco, CA 94139-9372
Harrisburg, PA 17106-9184



Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

                 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Continental Finance Company               Jefferson Capital Systems LLC          Portfolio Recovery Associates, LLC
Attn: Bankruptcy                          Po Box 7999                            POB 12914
Po Box 8099                               Saint Cloud MN 56302-9617              Norfolk VA 23541
Newark, DE 19714
```

                 The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Affirm Inc.
c/o Cross River Bank
885 Teaneck Road
Teaneck, NJ 07666-4546

(d)Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121-0751

(u)Rocket Mortgage, LLC f/k/a Quicken Loans,

End of Label Matrix
Mailable recipients     48
Bypassed recipients      3
Total                   51