**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
SARA C. DILLON

Case No. 21-70300JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant
vs.

Document No __

US DEPARTMENT OF EDUCATION++

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

STUDENT LOAN HAS BEEN SERVICE RELEASED. NO AMENDED CLAIM OR TRANSFER OF CLAIM HAS BEEN FILED BY THE NEW SERVICER.

US DEPARTMENT OF EDUCATION++
C/O FEDLOAN SERVICING
PO BOX 790234
ST LOUIS, MO 63179

Court claim# 2/Trustee CID# 16

The Movant further certifies that on 03/15/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>SARA C. DILLON, 681 NORTH RIDGE ROAD, SHELOCTA, PA  15774 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
|---|---|
| ORIGINAL CREDITOR:<br>US DEPARTMENT OF EDUCATION++, C/O FEDLOAN SERVICING, PO BOX 790234, ST LOUIS, MO  63179<br><br>NEW CREDITOR: | :<br>US DEPARTMENT OF EDUCATION**, C/O FEDLOAN SERVICING, PO BOX 69184, HARRISBURG, PA  17106-9184 |