IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  21-70300 JAD |
| | ) | Chapter 13 |
| Sara C. Dillon, | ) | Related Docket No. 43 |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| | ) | |
| Sara C. Dillon, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent(s)* | ) | |

## **REPORT OF FINANCING**

AND NOW, comes the Debtor, Sara C. Dillon, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. On March 2, 2023, this Honorable Court entered an order at Docket No.43, approving the Debtor's request to finance a new vehicle

2. The Debtor purchased a 2015 Chrysler 200S from Randall Motor Company.

3. The Debtor obtained financing through Clearview Federal Credit Union at 8805 University Boulevard, Moon Township, PA 15108.

4. The amount of the loan was for $10,625.00 with an interest rate of 18% percent.

      5.     The monthly loan payment $315.00 for 48 months.

      6.     The monthly loan payments begin May 18, 2023.

      7.     The Debtor will immediately file an amended Chapter 13 plan to include the monthly vehicle loan payment.

WHEREFORE, the Debtor, Sara C. Dillon, respectfully file this Report of Financing.

                                 Respectfully submitted,

<u>April 16, 2023</u>                 <u>/s/ Kenneth Steidl_____</u>
DATE                        Kenneth Steidl, Esquire
                               Attorney for the Debtor(s)

                               STEIDL & STEINBERG
                               Suite 2830 – Gulf Tower
                               707 Grant Street
                               Pittsburgh, PA  15219
                               (412) 391-8000
                               ken.steidl@steidl-steinberg.com
                               PA I.D. No. 34965