**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/18/2025

IN RE:

| | |
|---|---|
| SARA C. DILLON<br>681 NORTH RIDGE ROAD<br>SHELOCTA,  PA  15774<br>XXX-XX-9487           Debtor(s) | Case No.21-70300 JAD<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/18/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  AMAZON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6699 |
| **OFFICE OF EMPLOYMENT SECURITY\***<br>ATTN: MICHAEL SKILTON, SUPERVISOR<br>OFFICE OF UC BENEFITS RM 604<br>651 BOAS ST<br>HARRISBURG, PA  17121 | Trustee Claim Number:2    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:3    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ROCKET LNS~QUICKEN LNS/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ONE MAIN FINANCIAL GROUP LLC (\*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:4    INT %:  6.00%<br>Court Claim Number:3-1<br>CLAIM:  2,513.25<br>COMMENT:  MUSTANG TOTALED\*DK!\*AMD CL@CID 35 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  5478 |
| **AFFIRM**<br>650 CALIFORNIA ST<br>SAN FRANCISCO, CA  94108 | Trustee Claim Number:5    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~CROSS RIVER BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AFFIRM**<br>650 CALIFORNIA ST<br>SAN FRANCISCO, CA  94108 | Trustee Claim Number:6    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~CROSS RIVER BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AVANT INC**<br>PO BOX 9183380<br>CHICAGO, IL  60691 | Trustee Claim Number:7    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WEBBANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7198 |
| **CELTIC BANK**<br>268 SOUTH STATE ST STE 300<br>SALT LAKE CITY, UT  84111 | Trustee Claim Number:8    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CONTINENTAL FINANCE C/O REFLEX/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1365 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:9    INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  245.29<br>COMMENT:  BUCKLE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2291 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:10    INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  1,430.99<br>COMMENT:  LANE BRYANT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6045 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CONTINENTAL FINANCE**<br>POB 8099<br><br>NEWARK, DE 19714 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1365 |
| **CREDIT CONTROL COLLECTIONS**<br>2410 BROAD AVE<br><br>ALTOONA, PA 16601-1940 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: GREG WILSON DMD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1470 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM: 823.02<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9604 |
| **EMPOWER THREE CENTER FOR HEALTH**<br>2525 9TH AVE<br><br>ALTOONA, PA 16602 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br><br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 390.88<br>COMMENT: FEB/DESTINY MC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2597 |
| **AIDVANTAGE O/B/O THE DEPARTMENT OF EDUC**<br>PO BOX 4450<br><br>PORTLAND, OR 97208 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number: 2-2<br><br>CLAIM: 0.00<br>COMMENT: 0001/SCH*PMT/PL-CONF@SPEC*100x(60+2)=LMT*AMD | CRED DESC: UNSECURED   (S)<br>ACCOUNT NO.: 9487 |
| **FINANCE SYSTEM**<br>5703 NATIONAL RD EAST<br><br>RICHMOND, IN 47374 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INDINA RGNL IMGNG/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1793 |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br><br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 385.86<br>COMMENT: INDIGO/CELTIC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3033 |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br><br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 391.97<br>COMMENT: MILESTONE/THE BANK OF MO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5311 |
| **FINANCE SYSTEM**<br>5703 NATIONAL RD EAST<br><br>RICHMOND, IN 47374 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INDIANA RGNL MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **INDIANA REGIONAL MEDICAL CNTR**<br>835 HOSPITAL RD<br>POB 788<br>INDIANA, PA 15701 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 1,480.50<br>COMMENT: NO ACCT/SCH-CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,449.57<br>COMMENT: X3615/SCH*SIGNED@SEAL 2/26/21 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5036 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 950.00<br>COMMENT: X7463/SCH*~CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0705 |
| **SLIPPERY ROCK UNIVERSITY**<br>ROOM 103 OLD MAIN<br>SLIPPERY ROCK, PA 16057 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0964 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 450.42<br>COMMENT: SYNCHRONY*DICKS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2861 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 550.46<br>COMMENT: SYNCHRONY*JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9750 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 2,039.54<br>COMMENT: SYNCHRONY*LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4375 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 607.32<br>COMMENT: REF 3616265209*SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6675 |
| **TNB VISA**<br>POB 9475<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4356 |
| **UPSTART**<br>885 TEANECK RD<br>TEANECK, NJ 07666 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4506 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA**<br>OFC OF THE ATTORNEY GENERAL (PA REV NTC)<br>1251 WATERFRONT PL<br>MEZZANINE LEVEL<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 31   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 32   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/CONF*$211,090.99/CL*NT/SCH-PL*DK | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4324 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 33   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 0.00<br>COMMENT: NT/SCH*SYNCHRONY*LOWES*CL 740.36 W/D*DOC 24 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2694 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 34   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 435.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9487 |
| **ONE MAIN FINANCIAL GROUP LLC (*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 35   INT %: 6.00%<br>Court Claim Number: 3-2<br>CLAIM: 6,873.12<br>COMMENT: 7374.52/CL-PL@6%MDF/PL*MUSTANG TOTALED*AMD*W/35*DK*W/4 PIF/CR/LTR | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5478 |
| **COMMONWEALTH OF PA - DEPT OF LABOR & IN**<br>COLLECTIONS SUPPORT UNIT - NOTICES<br>PO BOX 68568<br>HARRISBURG, PA 17121-8568 | Trustee Claim Number: 36   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 37   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/PL*315X 39REM+2=LMT*BGN 5/23*DK | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 7812 |