**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SARA C. DILLON | Case No. 21-70300JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| vs. Movant<br>CLEARVIEW FCU** | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

Vehicle totaled

CLEARVIEW FCU**
8805 UNIVERSITY BLVD
MOON TWP, PA 15108-4212

Court claim# /Trustee CID# 37

The Movant further certifies that on 10/31/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>SARA C. DILLON, 681 NORTH RIDGE ROAD, SHELOCTA, PA  15774 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>CLEARVIEW FCU**, 8805 UNIVERSITY BLVD, MOON TWP, PA  15108-4212 | :<br>TRI-STATE FEDERAL CREDIT UNION**, C/O CLEARVIEW FEDERAL CREDIT UNION, ATTN PAYMENT PROCESSING, 8805 UNIVERSITY BLVD, MOON TOWNSHIP, PA  15108 |
| NEW CREDITOR: | |