IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-70300 JAD |
| | ) | Chapter 13 |
| Sara C. Dillon, | ) | Docket No. |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Sara C. Dillon, | ) | |
| *Movant(s)* | ) | Related to Doc. #64 |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondents* | ) | |

## CONSENT ORDER APPROVING DEBTOR TO FINANCE A NEW OR USED VEHICLE

AND NOW, to wit, this ____3rd____ day of ____November____, 2025, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor needs to replace her 2015 Chrysler 200S that was totaled. The insurance proceeds were paid to the lien holder Clearview FCU.

2. Until such time as the Trustee receives an amended claim reducing the amount owed to or showing nothing further is due, a withdrawal of the balance of the claim, or satisfaction of the claim is filed by Clearview FCU, we must continue to reserve funds up to the original claim (or plan) amount. Alternatively, a consent order to cease payment or amended plan removing the debt, would be acceptable. If no action is taken, at the end of the case, funds will be turned over to the Clerk of Bankruptcy Court as unclaimed;

3. The Debtor is approved to obtain a loan for no more than $30,000.00, with a monthly payment of no more than $600.00 and an interest rate of no more than 21% to be used to purchase a new or used motor vehicle or incur a new vehicle lease;

4. The vehicle must be purchased within 60 days of the date of this order;

5. The Debtor is permitted to pay the vehicle loan or lease outside of the plan as there is only nine months remaining of the 60 month plan term;

6. The Debtor shall file a Report of Financing within 10 days of the purchase or leasing of a vehicle.

1

11/3/2025

_____
Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

/s/ Kate DeSimone
_____
Counsel for the Chapter 13 Trustee

/s/ Kenneth Steidl
_____
Kenneth Steidl, Esquire
Attorney for the Debtor

FILED
11/3/25 10:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70300-JAD |
| Sara C. Dillon | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 03, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sara C. Dillon, 681 North Ridge Road, Shelocta, PA 15774-7320 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 05, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Sara C. Dillon julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: pdf900 | Total Noticed: 1 |

TOTAL: 5