IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| | ) | Case No. 21-70300 JAD |
| Sara C. Dillon, | ) | Chapter 13 |
| Debtor(s) | ) | Related Docket No. 67 |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | 5/25/2023 at 9:00 a.m. |
| | ) | |

## CERTIFICATE OF SERVICE OF AMENDED PLAN DATED NOVEMBER 13, 2025 AND NOTICE OF PROPOSED MODIFICATION

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) November 13, 2025

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee

                                                                              Respectfully submitted,

November 13, 2025                                       /s/ Kenneth Steidl
DATE                                                               Kenneth Steidl, Esquire
                                                                  Attorney for the Debtor(s)
                                                                  STEIDL & STEINBERG
                                                                  Suite 2830 – Gulf Tower
                                                                  707 Grant Street
                                                                  Pittsburgh, PA  15219
                                                                  (412) 391-8000
                                                                  ken.steidl@steidl-steinberg.com
                                                                  PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 21-70300-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Nov 13 16:37:37 EST 2025 | (p)CROSS RIVER BANK<br>2115 LINWOOD AVENUE<br>FORT LEE NJ 07024-5041 | Avant/WebBank<br>222 North Lasalle Street<br>Suite 1600<br>Chicago, IL 60601-1112 |
| CSU - OUCTS, PA Labor & Industry<br>PA Department of Labor and Industry<br>Office of Unemployment Compensation<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121-0751 | Denise Carlon<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Celtic Bank & Continental Finance<br>c/o Reflex<br>Po Box 6812<br>Carol Stream, IL 60197-6812 |
| Comenity Bank/Buckle<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121-0751 |
| (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | Credit Control Collect<br>2410 Broad Ave<br>Altoona, PA 16601-1940 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Sara C. Dillon<br>681 North Ridge Road<br>Shelocta, PA 15774-7320 | Empower Three Center for Health<br>2525 9th Ave.<br>Suite 2B<br>Altoona, PA 16602-2014 | FEB Destiny<br>c/o Genesis Card Services<br>Po Box 23030<br>Columbus, GA 31902-3030 |
| Fedloan<br>Attn: Bankruptcy<br>Po Box 69184<br>Harrisburg, PA 17106-9184 | Finance System, Inc.<br>Attn: Bankruptcy<br>5703 National Road East<br>Richmond, IN 47374-2619 | Genesis Credit/Celtic Bank/Indigo<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 |
| Genesis FS Card Services/Milestone<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Indiana Regional Imaging<br>c/o Finance System of Rich<br>5703 National Road East<br>Richmond, IN 47374-2619 | Indiana Regional Medical Center<br>Hospital Road<br>Indiana, PA 15701 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mariner Finance, LLC<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 |
| Mariner Finance, LLC<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Midland Credit Management<br>Po Box 301030<br>Los Angeles, CA 90030-1030 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Office of Attorney General<br>Collections Department<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120-0001 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |

| | | |
|---|---|---|
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Rocket Mortgage, LLC fka Quicken Loans, LLC<br>635 Woodward Avenue<br>Detroit MI 48226-3408 | Slippery Rock University<br>1 Morrow Way<br>Attn: Billing/Collections<br>Slippery Rock, PA 16057-1399 |
| Kenneth Steidl<br>Steidl & Steinberg<br>Koppers Building<br>436 Seventh Ave. Ste. 322<br>Pittsburgh, PA 15219-1818 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Dick's<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Target<br>c/o Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| UpStart Network Inc.<br>Po Box 399372<br>San Francisco, CA 94139-9372 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Affirm Inc.<br>c/o Cross River Bank<br>885 Teaneck Rd.<br>Teaneck, NJ 07666 | (d)Affirm Inc.<br>c/o Cross River Bank<br>885 Teaneck Road<br>Teaneck, NJ 07666 | Continental Finance Company<br>Attn: Bankruptcy<br>Po Box 8099<br>Newark, DE 19714 |
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121-0751 | (u)Rocket Mortgage, LLC f/k/a Quicken Loans, | End of Label Matrix<br>Mailable recipients    49<br>Bypassed recipients     2<br>Total                  51 |