IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 21-70300 JAD |
| ) | Chapter 13 |
| Sara C. Dillon, ) | Related Docket No. 65 |
| *Debtor(s)* ) | |
| ) | |
| ) | |
| ) | |
| Sara C. Dillon, ) | |
|     *Movant(s)* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Esq., Trustee, ) | |
|     *Respondent(s)* ) | |

## **REPORT OF FINANCING**

AND NOW, comes the Debtor, Sara C. Dillon, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. On November 3, 2025, this Honorable Court entered an order at Docket No.65, approving the Debtor's request to finance a new vehicle

2. The Debtor purchased a 2017 Subaru Legacy.

3. The Debtor obtained financing through Clearview Federal Credit Union at 8805 University Boulevard, Moon Township, PA 15108.

4. The amount of the loan was for $9,959.00 with an interest rate of 18% percent.

5. The monthly loan payment is $295.00 for 48 months.

      6.      The monthly loan payments begin December 2025.

      7.      Per the terms of the order signed on November 3, 2025, no amended plan is necessary as the Debtor is permitted to pay the loan outside of the plan.

WHEREFORE, the Debtor, Sara C. Dillon, respectfully files this Report of Financing.

                          Respectfully submitted,

December 23, 2025                      /s/ Kenneth Steidl
DATE                                         Kenneth Steidl, Esquire
                                                Attorney for the Debtor(s)

                                                STEIDL & STEINBERG
                                                Suite 2830 – Gulf Tower
                                                707 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 391-8000
                                                ken.steidl@steidl-steinberg.com
                                                PA I.D. No. 34965